# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY COMMUNITY HOSPITAL, INC. D/B/A ADVENTHEALTH CONNERTON,<br><br>      Plaintiff,<br><br>   v.<br><br>XAVIER BECERRA, Secretary,<br>  Department of Health and Human Services,<br><br>      Defendant. | Civil Action No. 23-3454 (DLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice pursuant to the settlement agreement executed in this matter, with each party to bear its own costs and attorney's fees.

Dated: October 4, 2024                    Respectfully submitted,

                         */s/ Jason M. Healy*
                         JASON M. HEALY
                         D.C. Bar No. 468569
                         THE LAW OFFICES OF
                         JASON M. HEALY PLLC
                         1701 Pennsylvania Ave., NW
                         Suite 200
                         Washington, DC 20006
                         (202) 706-7926
                         jhealy@healylawdc.com

                         *Attorney for Plaintiff*

                         MATTHEW M. GRAVES
                         D.C. Bar No. 481052
                         United States Attorney

                         BRIAN P. HUDAK

2

        Chief, Civil Division

        By: */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        D.C. Bar No. 1044448
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2529
        E-mail: Tabitha.Bartholomew@usdoj.gov

        *Attorneys for the United States of America*